PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWANT SINGH,<br><br>                        Plaintiff,<br><br>          v.<br><br>USCIS, ET AL.,<br><br>                        Defendant. | CASE NO. 2:24-CV-01171 KJM-CSK<br><br>STIPULATION AND ORDER<br>FOR TEMPORARY ABEYANCE |

The Defendants respectfully request to hold this case in temporary abeyance through January 22, 2025, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2016. USCIS has scheduled Plaintiff's asylum interview for September 24, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through January 22, 2025.  The parties further request that all other filing and case management deadlines be similarly vacated including the Scheduling Conference currently set for August 22, 2024 and its accompanying deadlines.

Respectfully submitted,

Dated:  July 30, 2024                                         PHILLIP A. TALBERT
                                                              United States Attorney

                                                       By:   /s/ ELLIOT C. WONG
                                                              ELLIOT C. WONG
                                                              Assistant United States Attorney


                                                              /s/ ASHWANI BHAKHRI
                                                              ASHWANI BHAKHRI
                                                              Counsel for Plaintiff


ORDER

Finding good cause, the court hereby grants the parties' stipulation to hold this matter in temporary abeyance through January 22, 2025.  The initial scheduling conference set for August 22, 2024 is **vacated** and **continued** to February 13, 2025 with a joint status report due fourteen (14) days prior.  It is so ordered.

DATED:  July 31, 2024.

CHIEF UNITED STATES DISTRICT JUDGE